# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CRIMINAL NO. SA-20-CR-454-OLG |
| | ) |
| DONALD TREVINO (1), | ) |
| RODOLFO VILLALOBOS (2), | ) |
| DAVID BOTELLO (3), | ) |
| JOSEPH LLOYD VONALLMAN (4), | ) |
| DAVID CORTEZ JR. (5), | ) |
| MOSES CHAVEZ (6), | ) |
| NICHOLAS NEAVES (7), | ) |
| RICHARD AGUEROS III (8), | ) |
| LUZ DEL CARMEN | ) |
| VELARDE-CAMPOS (10), | ) |
| AARON MUNIZ (11), | ) |
| ISABEL HERNANDEZ-GARCIA (12), | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES OF AMERICA'S
## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

The First Superseding Indictment (Doc. 184) returned on April 21, 2021, gave notice that the United States seeks the criminal forfeiture of property from the Defendants indicted in the instant case pursuant to Title 21 U.S.C. § 853 (a)(1) and (2) for violations of Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C) and pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c) for violations of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A).

Specifically, this Bill of Particulars seeks the criminal forfeiture of the properties listed herein.

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* Fed. R. Crim. P. 32.2]
**I.**
**Drug Violations and Forfeiture Statutes**
**[Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C) subject to forfeiture pursuant to Title 21 U.S.C. § 853(a)(1) and (2)]**

As a result of the criminal violations set forth in Counts One through Six, Eight, and Eleven, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. § 853(a)(1) and (2), which states:

> **Title 21 U.S.C. § 853. Criminal forfeitures**
> **(a) Property subject to criminal forfeitures.**
> Any person convicted of a violation of this subchapter or subchapter II punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law.--
> **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
> **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; . . .

**II.**
**Firearm Violations and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth in Counts Seven, Nine, Ten, Twelve and Thirteen, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. §

2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . or knowing violation of section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following property:

### Currency

1. $6,380.00, more or less in United States Currency;
2. $5,977.00, more or less in United States Currency;
3. $873.00, more or less in United States Currency;
4. $29,340.50, more or less in United States Currency;
5. $10,657.00, more or less in United States Currency; and
6. $2,150.00, more or less in United States Currency;

### Firearms

1. Smith & Wesson, model SW40VE, semi-automatic pistol, .40 S&W in caliber;
2. Ruger, model SR9, semi-automatic pistol, 9mm in caliber;
3. Glock 22, .40 caliber semi-automatic handgun; serial # BKTG770;
4. Glock 27, .40 caliber semi-automatic handgun; serial # BPKE0950;
5. Sig Sauer semi-automatic handgun; serial # G293091;
6. Taurus G3c, 9mm caliber semi-automatic handgun; serial # ABG70733;
7. IWI UZI 9mm caliber semi-automatic pistol; serial # U0000082;
8. Century Arms Mini Draco, 7.62mm caliber semi-automatic pistol; serial #PE-9846-2019-RO;
9. Century Arms Mini Draco, 7.62mm caliber semi-automatic pistol; serial #PMD-12913-198-RO**;**
10. Glock 17, 9mm caliber semi-automatic handgun; serial # BPGV324**;**
11. Smith & Wesson .40 caliber semi-automatic handgun;
12. High Point 9mm semi-automatic handgun; serial # P1699869;
13. Springfield Armory .45 caliber semi-automatic handgun; serial # MG644575;
14. Kimber 9mm semi-automatic handgun; serial # S1160491;
15. Smith & Wesson .40 caliber semi-automatic handgun; serial # FWM6701;
16. Taurus pistol, 38 cailber; serial # LR80542; and
17. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense(s).

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:   /s/
FIDEL ESPARZA III
Assistant United States Attorney
State Bar No. 24073776
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7040
Fax: 210-384-7045
Email: Fidel.Esparza@usdoj.gov

Attorneys for the United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

**Kevin L. Collins**
Kevin L. Collins Law Office
IBC Bank Building
130 E. Travis Street, Suite 425
Suite 425
San Antonio, TX 78205
kevin@kevincollinslaw.com
*(Attorney for Defendant Donald Trevino (1))*

**Raymundo Aleman**
Law Office of Raymundo Aleman
310 S. St. Mary St., Suite 1260
San Antonio, TX 78205
raymundo.at@att.net
(*Attorney for Defendant Rodolfo Villalobos (2))*

**Neil Calfas**
Calfas Law Group, PLLC
Tower Life Building
310 S St Mary's Street
25th Floor
San Antonio, TX 78205
neil@calfaslaw.com
jonathan@calfaslaw.com
*(Attorney for Defendant David Botello (3))*

**Alex J. Scharff**
Law Offices of Shawn Brown
540 South Saint Mary's St.
San Antonio, TX 78205
alexjoss@yahoo.com
*(Attorney for Defendant Joseph Lloyd Vonallman (4))*

**Robert Henry Featherston**
Law Office of Robert H. Featherson, P.C.
1150 N Loop 1604 W
Suite 108-301
San Antonio, TX 78248
robert@rhflaw.net
*(Attorney for Defendant David Cortez, Jr. (5))*

**Jon R. Disrud**
Law Offices of Jon R. Disrud
13750 San Pedro
Suite 290
San Antonio, TX 78232
jon@jdisrudlaw.com
*(Attorney for Defendant Moses Chavez (6))*

**John Torrey Hunter**
Hunter, Lane, & Jampala
310 S. St. Mary's Street
Suite 1740 - Tower Life Bldg.
San Antonio, TX 78205
JTH753@gmail.com
(*Attorney for Defendant Nicholas Neaves (7))*

**Jay S. Norton**
Lahood Norton Law Group PLLC
40 NE Loop 410, Suite 525
San Antonio, TX 78216
jay@lahoodnorton.com
(*Attorney for Defendant Richard Agueros, III (8)*)

**Daniel James Vela**
Vela & Del Fierro, PLLC
210 E. Cevallos Street
San Antonio, TX 78204-1723
dvela@vdflaw.com
(*Attorney for Defendant Luz Del Carmen Velarde-Campos (10)*)

**Guillermo Lara, Jr**.
Law Office of Guillermo Lara Jr.
310 S. Saint Mary's St
Suite 965
San Antonio, TX 78205
glaralaw@gmail.com
(*Attorney for Defendant Aaron Muniz (11)*)

**Bernard Campion**
Campion & Campion
222 E. Main Plaza
San Antonio, TX 78205
bcampion@campionlawfirm.com
(*Attorney for Defendant Isabel Hernandez-Garcia (12)*)

/s/
FIDEL ESPARZA III
Assistant United States Attorney